FILED

Mar 27 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            s/ AC            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLOS ALBERTO PAEZ PEREDA,
aka "Carlitos,"
aka "Carlitos Rugrats,"

Defendant.

Case No. '26 CR1044 DMS

NOTICE OF RELATED CASE

SEALED

ORDERED UNSEALED on 07/07/2026    s/ RC

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to United States of America v. Rene Arzate-Garcia, Case No. 14CR2122-DMS, pursuant to CrimLR 57.2.1, Related Cases.  The United States Attorney certifies the cases are related for the following reason(s):

_____ (1) All of the defendants named in each of the cases are the same and none of the cases include defendants not named in any of the other cases.

___X___ (2) Prosecution against different defendants arises from:

_____ (a) A common wiretap

_____ (b) A common search warrant

___X___ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: March 27, 2026.

ADAM GORDON
United States Attorney